**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TONY ASBERRY, | No. 15-55256 |
| Plaintiff - Appellant, | D.C. No. 3:13-cv-02573-WQH-JLB |
| v. | |
| ALAN HERNANDEZ, Associate Warden; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Southern District of California
William Q. Hayes, District Judge, Presiding

Submitted March 15, 2016[**]

Before:     GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

Tony Asberry, a California state prisoner, appeals pro se from the district

court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate

indifference to his serious medical needs and denial of his right to access the

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

courts.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992), and we affirm.

The district court did not abuse its discretion in dismissing Asberry's action after Asberry failed to file an amended complaint.  *See id*. at 1260-61 (setting forth factors to consider before dismissing an action for failure to comply with a court order).  For the first time on appeal, Asberry contends that he did not receive the district court's August 12, 2014 order granting him leave to amend his access-to-courts claim.  Nevertheless, we affirm the district court's dismissal of Asberry's action because amendment would be futile.

**AFFIRMED.**

15-55256